

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| VANESSA DE LA O GONZALEZ, | § | No. 08-25-00091-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| CAESAR OCTAVIO GONZALEZ, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-12776-112-CV) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of April 2025.


`                                    GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.